IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TRES TECH CORPORATION, | § | |
| Petitioner/Plaintiff, | § | |
| | § | CIVIL ACTION NO. 3:13-mc-01800-K |
| v. | § | |
| | § | |
| CAREFUSION CORPORATION, | § | |
| Respondent/Defendant | § | |

**RESPONDENT CAREFUSION CORPORATION'S OPPOSITION TO MOTION TO CONFIRM ARBITRATION AWARD AND CROSS-MOTION TO VACATE AWARD**

Respondent CareFusion Corporation ("CF Corp") hereby files this Opposition to Motion to Confirm Arbitration Award and Cross-Motion to Vacate Award. This Opposition and Cross-Motion is based on:

1. This Motion, and the accompanying Brief and Appendix;
2. The Declaration of Howard N. Wisnia;
3. The Declaration of Nathaniel B. Sisitsky;
4. The Declaration of F.T. Alexandra Mahaney; and
5. All pleadings and papers on file in this case.

Pursuant to Section 10 of Title 9 of the United States Code, and as explained more fully in its brief, CF Corp respectfully requests that this Court vacate the arbitration award issued by a Panel ("Panel") consisting of Arbitrators Daniel Ebenstein, James Kozuch and Peter Michaelson in an arbitration administered by the American Arbitration Association ("AAA") (AAA No. 76 122 Y 00149 12 JENF) on the grounds that the Panel exceeded its authority.

Respectfully submitted,

**GORDON & REES LLP**

By: /s/ B. Ryan Fellman
**ROBERT A. BRAGALONE**
Texas Bar No. 02855850
**B. RYAN FELLMAN**
Texas Bar No. 24072544

2100 Ross Avenue, Suite 2800
Dallas, Texas 75201
214-231-4660 Telephone
214-461-4053 Facsimile
bbragalone@gordonrees.com
rfellman@gordonrees.com

*and*

By: /s/ Howard Wisnia
**HOWARD WISNIA**
California Bar No. 184626

**MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.**
3580 Carmel Mountain Road, Suite 300
San Diego, CA 92130
858-314-1592 Telephone
214-461-4053 Facsimile
HWisnia@mintz.com

(*Pro Hace Vice Application Pending*)

**COUNSEL FOR RESPONDENT
CAREFUSION CORPORATION**

## CERTIFICATE OF CONFERENCE

The undersigned certifies that on the 5th day of June, 2013, he conferred with counsel for Petitioner/Plaintiff regarding the foregoing Cross-Motion to Vacate Arbitration Award. Counsel for Petitioner stated that he opposed the relief sought by the Motion, and thus it is being filed with the Court.

/s/ Howard N. Wisnia_____
Howard Wisnia

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing document has been served on all counsel of record on the 7th day of June, 2013.

/s/ Robert A. Bragalone_____
Robert A. Bragalone